MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com

*Attorneys for Defendant Green Dot Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES JACKSON<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN DOT CORPORATION,<br><br>Defendants. | Case No.:  2:22-cv-00129-JAD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT GREEN DOT CORPORATION'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant, Green Dot Corporation ("Green Dot"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiff Charles Jackson, ("Plaintiff"), by and through his counsel, Krieger Law Group, LLC, hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Green Dot to answer or otherwise respond to the Complaint by thirty (30) days, or from February 16, 2022, to March 18, 2022.  This is the first request to extend this particular deadline.

On January 24, 2022, Plaintiff filed a Complaint against Green Dot asserting a single claim for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, arising from Green Dot's alleged impermissible inquiry of Plaintiff's consumer report.  (ECF No. 1).  Green Dot was served with the Summons and Complaint on January 26, 2022.  Therefore, Green Dot's deadline to answer or otherwise respond to the Complaint is currently February 16, 2022.

Good cause exists to extend the deadline for Green Dot to respond to the Complaint by 30 days, or to March 18, 2022.  Green Dot is in the process of identifying information and documents relevant to Plaintiff and the allegations in the lawsuit in order to prepare its response, including requesting additional identifying information from Plaintiff.  Notwithstanding its diligence, Green

1   Dot requires more time to respond to the Complaint.  In addition, Plaintiff represented to Green Dot

2   that he intends to amend his Complaint to correct certain factual allegations.  As such, judicial

3   economy is served by requiring that Green Dot respond to an amended pleading only.  Plaintiff does

4   not object to a 30-day extension of the response deadline.  The parties believe that this first extension

5   will not unduly delay proceedings as this case as it is still in its infancy and no scheduling order is

6   currently in place.  This stipulation is entered into in good faith and is not filed for improper

7   purposes.

8          Accordingly, the parties request that this Court enter and order extending Green Dot's

9   deadline to answer or otherwise respond to the Complaint, or then operative pleading, by 30 days, or

10  to March 18, 2022.

11    DATED this 14th day of February, 2022.          DATED this 14th day of February, 2022.

12  **KRIEGER LAW GROUP, LLC**                        **ARMSTRONG TEASDALE LLP**

13
    By:   */s/ Shawn Miller*                          By:   */s/ Michelle D. Alarie*
14        DAVID KRIEGER, ESQ.                               MICHELLE D. ALARIE, ESQ.
          Nevada Bar No. 9086                               Nevada Bar No. 11894
15        SHAWN MILLER, ESQ.                                3770 Howard Hughes Parkway, Suite 200
          Nevada Bar No. 7825                               Las Vegas, Nevada 89169
16        2850 W. Horizon Ridge Parkway
          Suite 200                                         *Attorneys for Defendant Green Dot*
17        Henderson, Nevada 89052                           *Corporation*

18        *Attorneys for Plaintiff Charles Jackson*

19

20                                          **ORDER**

21
                                            **IT IS SO ORDERED.**
22

23
                                            _____
24                                          UNITED STATES MAGISTRATE JUDGE
                                            DATED:  February 14, 2022
25

26

27

28

                                            2