MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@atllp.com

*Attorneys for Defendant Green Dot Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES JACKSON<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN DOT CORPORATION,<br><br>Defendants. | Case No.: 2:22-cv-00129-JAD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT GREEN DOT CORPORATION'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[SECOND REQUEST]** |

Defendant, Green Dot Corporation ("Green Dot"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiff Charles Jackson, ("Plaintiff"), by and through his counsel, Krieger Law Group, LLC, hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Green Dot to answer or otherwise respond to the First Amended Complaint by another thirty (30) days, or from March 22, 2022, to April 21, 2022. This is the second request to extend this particular deadline.

On January 24, 2022, Plaintiff filed a Complaint against Green Dot asserting a single claim for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, arising from Green Dot's alleged impermissible inquiry of Plaintiff's consumer report. (ECF No. 1). Plaintiff recently filed a First Amended Complaint on March 8, 2022. (ECF No. 8.) Therefore, under FRCP 15(a)(3), Green Dot's deadline to answer or otherwise respond to the First Amended Complaint is currently March 22, 2022.

Good cause exists to extend the deadline for Green Dot to respond to the First Amended Complaint by another 30 days, or to April 21, 2022. Plaintiff recently filed a First Amended

1

Complaint asserting new factual allegations. Green Dot's investigation into those new allegations is ongoing including inquiring with third parties into the allegations. Green Dot has been diligent to date, however, Green Dot requires additional time in order to prepare its response to the First Amended Complaint. Plaintiff does not object to another 30-day extension of the response deadline. The parties believe that this second extension will not unduly delay proceedings as this case as it is still in its infancy and no scheduling order is currently in place. This stipulation is entered into in good faith and is not filed for improper purposes.

Accordingly, the parties request that this Court enter and order extending Green Dot's deadline to answer or otherwise respond to the First Amended Complaint by 30 days, or to April 21, 2022.

DATED this 16th day of March, 2022.    DATED this 16th day of March, 2022.

**KRIEGER LAW GROUP, LLC**              **ARMSTRONG TEASDALE LLP**

By: ___/s/ Shawn Miller_____          By:___/s/ Michelle D. Alarie_____
    DAVID KRIEGER, ESQ.                    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 9086                     Nevada Bar No. 11894
    SHAWN MILLER, ESQ.                      3770 Howard Hughes Parkway, Suite 200
    Nevada Bar No. 7825                     Las Vegas, Nevada 89169
    2850 W. Horizon Ridge Parkway
    Suite 200                               *Attorneys for Defendant Green Dot*
    Henderson, Nevada 89052                 *Corporation*

*Attorneys for Plaintiff Charles Jackson*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  March 16, 2022