MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com

*Attorneys for Defendant Green Dot Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES JACKSON<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN DOT CORPORATION,<br><br>Defendants. | Case No.:  2:22-cv-00129-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT GREEN DOT CORPORATION'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[THIRD REQUEST]** |

Defendant, Green Dot Corporation ("Green Dot"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiff Charles Jackson, ("Plaintiff"), by and through his counsel, Krieger Law Group, LLC, hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Green Dot to answer or otherwise respond to the First Amended Complaint by another thirty (30) days, or from April 21, 2022, to May 23, 2022.  This is the third request to extend this particular deadline.

On January 24, 2022, Plaintiff filed a Complaint against Green Dot asserting a single claim for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, arising from Green Dot's alleged impermissible inquiry of Plaintiff's consumer report.  (ECF No. 1).  Plaintiff then filed a First Amended Complaint on March 8, 2022. (ECF No. 8.)  Thereafter, the parties stipulated to extend Green Dot's deadline to respond to the First Amended Complaint to April 21, 2022, to allow Green Dot additional time to investigate the new allegations, which this Court approved.  (ECF No. 10.) As such, Green Dot's deadline to answer or otherwise respond to the First Amended Complaint is currently April 21, 2022.

Good cause exists to extend the deadline for Green Dot to respond to the First Amended Complaint by another 30 days, or to May 23, 2022. Green Dot's has been diligent in its investigation into the allegations including making inquiring with third parties. The parties are, however, engaging in ongoing discussions in an attempt to resolve this action, which if successful, will moot the need for Green Dot to prepare and file a response to the First Amended Complaint as the resolution would result in dismissal of the entire action. The parties agree that another short extension of time is appropriate so that they can put their resources toward resolution. The parties represent that this third extension will not unduly delay proceedings as this case as it is still in its infancy and no scheduling order is currently in place. This stipulation is entered into in good faith and is not filed for improper purposes.

Accordingly, the parties request that this Court enter and order extending Green Dot's deadline to answer or otherwise respond to the First Amended Complaint by 30 days, or to May 23, 2022.

DATED this 21st day of April, 2022.  DATED this 21st day of April, 2022.

**KRIEGER LAW GROUP, LLC**  **ARMSTRONG TEASDALE LLP**

By:  */s/ Shawn Miller*  
    DAVID KRIEGER, ESQ.  
    Nevada Bar No. 9086  
    SHAWN MILLER, ESQ.  
    Nevada Bar No. 7825  
    2850 W. Horizon Ridge Parkway  
    Suite 200  
    Henderson, Nevada 89052  

*Attorneys for Plaintiff Charles Jackson*

By:  */s/ Michelle D. Alarie*  
    MICHELLE D. ALARIE, ESQ.  
    Nevada Bar No. 11894  
    3770 Howard Hughes Parkway, Suite 200  
    Las Vegas, Nevada 89169  

*Attorneys for Defendant Green Dot Corporation*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 21, 2022