MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@atllp.com

*Attorneys for Defendant Green Dot Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES JACKSON<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN DOT CORPORATION,<br><br>Defendants. | Case No.: 2:22-cv-00129-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT GREEN DOT CORPORATION'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[FOURTH REQUEST]** |

Defendant, Green Dot Corporation ("Green Dot"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiff Charles Jackson ("Plaintiff"), by and through his counsel, Krieger Law Group, LLC, hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Green Dot to answer or otherwise respond to the First Amended Complaint by another thirty (30) days, or from May 23, 2022 or June 22, 2022.  This is the fourth request to extend this particular deadline.

On January 24, 2022, Plaintiff filed a Complaint against Green Dot asserting a single claim for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, arising from Green Dot's alleged impermissible inquiry of Plaintiff's consumer report.  (ECF No. 1).  Plaintiff then filed a First Amended Complaint on March 8, 2022. (ECF No. 8.)  Thereafter, the parties twice stipulated to extend Green Dot's deadline to respond to the First Amended Complaint to allow Green Dot additional time to investigate the new allegations and discuss a possible settlement, which this Court approved.  (ECF Nos. 10 and 14.)  As such, Green Dot's deadline to answer or otherwise respond to the First Amended Complaint is currently May 23, 2022.

1

Good cause exists to extend the deadline for Green Dot to respond to the First Amended Complaint by another 30 days, or to June 22, 2022. Green Dot's has been diligent in its investigation into the allegations including making inquiring with third parties. However, the parties are presently engaged in ongoing discussions to resolve this action, which if successful, will moot the need for Green Dot to file a response to the First Amended Complaint as the resolution would result in dismissal of the entire action. The parties believe that they may be able to reach a resolution if provided some additional time as they can put their resources toward resolution. The parties represent that this fourth extension will not unduly delay proceedings as this case is still in its infancy and no scheduling order was entered. This stipulation is entered into in good faith and is not filed for improper purposes or to delay proceedings.

Accordingly, the parties request that this Court enter an order extending Green Dot's deadline to answer or otherwise respond to the First Amended Complaint by 30 days, or to June 22, 2022.

DATED this 19th day of May, 2022.            DATED this 19th day of May, 2022.

**KRIEGER LAW GROUP, LLC**                   **ARMSTRONG TEASDALE LLP**

By:   /s/ Shawn Miller                        By:   /s/ Michelle D. Alarie
　　DAVID KRIEGER, ESQ.                       　　MICHELLE D. ALARIE, ESQ.
　　Nevada Bar No. 9086                       　　Nevada Bar No. 11894
　　SHAWN MILLER, ESQ.                        　　3770 Howard Hughes Parkway, Suite 200
　　Nevada Bar No. 7825                       　　Las Vegas, Nevada 89169
　　2850 W. Horizon Ridge Parkway
　　Suite 200                                 　　*Attorneys for Defendant Green Dot*
　　Henderson, Nevada 89052                   　　*Corporation*

*Attorneys for Plaintiff Charles Jackson*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 19, 2022

2